UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                  Case No. 2:15-cr-141-FtM-99MRM

ROBERT FEDYNA

_____

**FORFEITURE MONEY JUDGMENT AND**
**PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS**

THIS CAUSE comes before the Court upon the United States of America's Motion for:

(1)  a Forfeiture Money Judgment against the defendant in the amount of $46,360,724.50; and

(2)  a Preliminary Order of Forfeiture for the following assets:

    a.  Gold and Jewelry

        (1)  299 – 1 OZ Gold Canadian Maple Leaf Coins; and

        (2)  One 18 Karat Rolex Oyster Perpetual Day-Date II Everose Watch with Diamond Rose Dial Set.

    b.  Cash and Bank Accounts

    Approximately $67,100.00 in U.S. Currency, seized by the United States Secret Service on or about April 15, 2015.

    All funds contained in the following accounts:

        (1)  Fifth Third Bank Account No. ending 1991, held in the name of Robert Fedyna, with Alberta Davies as a signatory;

        (2)  Fifth Third Bank Account No. ending 9431, held in the

name of Canterbury Farm, Inc., with Alberta Davies as sole signatory;

(3) Fifth Third Bank Account No. ending 2192, held in the names of Canterbury Farm, Inc., with Alberta Davies as sole signatory; and

(4) Fifth Third Bank Account No. ending 3318, held in the name of Alberta Davies, with Alberta Davies, Robert Fedyna, and Sofia Fedyna as signatories.

c. <u>Vehicles</u>

(1) 2014 BMW M6 VIN: WBSLZ9C56EDZ78493, registered to Robert Fedyna, seized by the United States Secret Service on or about April 15, 2015;

(2) 2016 Ford F450 VIN: 1FT8W4DT9GEA56772, registered to Robert Fedyna;

(3) 2015 Porsche Cayenne, VIN: WP1AC2A21FLA80616, registered to Alberta Davies; and

(4) 2015 Range Rover, VIN: SALWR2VF5FA623201, registered to Alberta Davies.

d. <u>Real Property</u>

Real property titled to Robert Fedyna located at 3871 Isla Del Sol Way, Property Parcel Number: 51998000462, more fully described as:

Lot 15, ISLA DEL SOL AT FIDDLER'S CREEK, according to the map or plat thereof, as recorded in Plat Book 34, Page(s) 5, 6 and 7, of the Public Records of Collier County, Florida.

e. <u>Horses</u>

Proceeds from the November 2016 sale of the following horses:

(1) Hip # 2012 "Moms Mabley" (purchased by check from Robert Fedyna for $50,150.00 made payable to Keeneland Thoroughbred Sales Account on or about December 5, 2013);

(2) Hip # 242 "Starship Flare" (purchased by check from Robert Fedyna for $120,360.00 made payable to Keeneland Thoroughbred Sales Account on or about December 5, 2013);

(3) Hip # 966 "You Go West Girl" (purchased by check from Robert Fedyna for $145,435.00 made payable to Keeneland Thoroughbred Sales Account on or about December 5, 2013); and

(4) Hip # 1015 Moonlit Malibu" (purchased by check from Robert Fedyna for $160,480.00 made payable to Keeneland Thoroughbred Sales Account on or about December 5, 2013).

Being fully advised of the relevant facts, the Court hereby finds that at least $46,360,724.50 in proceeds was obtained from the wire fraud and money laundering conspiracies to which the defendant pled guilty.

The Court further finds that all of the assets identified above constitute or were derived, in whole or in part, from proceeds traceable to the wire fraud and money laundering conspiracies. Additionally, the following assets were also involved in the money laundering conspiracy to which the defendant pled guilty:

a. <u>Bank Accounts</u>

All funds contained in the following accounts:

(1) Fifth Third Bank Account No. ending 1991, held in the name of Robert Fedyna, with Alberta Davies as a signatory;

(2) Fifth Third Bank Account No. ending 9431, held in the name of Canterbury Farm, Inc., with Alberta Davies as sole signatory;

(3) Fifth Third Bank Account No. ending 2192, held in the names of Canterbury Farm, Inc., with Alberta Davies as sole signatory; and

(4) Fifth Third Bank Account No. ending 3318, held in the name of Alberta Davies, with Alberta Davies, Robert Fedyna, and Sofia Fedyna as signatories.

b. Vehicles

(1) 2016 Ford F450 VIN: 1FT8W4DT9GEA56772, registered to Robert Fedyna;

(2) 2015 Porsche Cayenne, VIN: WP1AC2A21FLA80616, registered to Alberta Davies; and

(3) 2015 Range Rover, VIN: SALWR2VF5FA623201, registered to Alberta Davies.

c. Real Property

Real property titled to Robert Fedyna located at 3871 Isla Del Sol Way, Property Parcel Number: 51998000462, more fully described as:

Lot 15, ISLA DEL SOL AT FIDDLER'S CREEK, according to the map or plat thereof, as recorded in Plat Book 34, Page(s) 5, 6 and 7, of the Public Records of Collier County, Florida.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with co-defendant Thomas Davanzo and any other convicted co-conspirators for a forfeiture money judgment in the amount of $46,360,724.50.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the assets identified on pages one through three above are hereby forfeited to the United States for disposition according to law. The defendant shall sell the horses identified above as e.(1)-(4) and tender the net proceeds to the United States Secret Service. The net proceeds of the forfeited property shall be credited towards the defendant's forfeiture money judgment.

It is **FURTHER ORDERED** that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

**DONE and ORDERED** in Fort Myers, Florida, this 26th day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: Suzanne Nebesky, AUSA,
            Counsel of Record