| | | |
|---|---|---|
| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>2:15-cr-141-SPC-MRM |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Robert Fedyna<br>477 Harrods Creek Road<br>Paris, Kentucky 40361 | DISTRICT<br>Middle District of Florida | DIVISION<br>Fort Myers Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Sheri Polster Chappell | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>07/23/2021    TO<br>07/22/2024 |

OFFENSE

FRAUD BY WIRE - RADIO - OR TELEVISION 18:1343.F

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF Florida

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the  Eastern District of Kentucky  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 26, 2021
*Date*

*/s/ Sheri Polster Chappell*
*Sheri Polster Chappell*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Easter  DISTRICT OF Kentucky

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*      *United States District Judge*